**Clara L. Davis, appellant, v. City of Chicago, appellee.  Gen. No. 31,902.**

Action for injuries from slipping on icy sidewalk.  Judgment on verdict directed against plaintiff.  Appeal from the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding.  Heard in the second division of this court for the first district at the March term, 1927.  Reversed and remanded.  Opinion filed November 15, 1927.

Estelle M. Wells and David G. Robertson, for appellant.  Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellee; Daniel V. Gallery, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Samuel Hasterlik, appellant, v. Lillian K. Hasterlik et al., appellees.  Gen. No. 31,533.**

Order refusing to tax complainant's solicitor's fees as costs in partition proceeding.  Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1926.  Affirmed. Opinion filed November 15, 1927.

Alfred Beck, for appellant.  Jacobson, Merrick & Latter, for appellees; Gerald Ryan, guardian *ad litem.*

Mr. Justice Gridley delivered the opinion of the court.

---

**Delphine Magnan, appellee, v. The Chicago Cinder Company, appellant.  Gen. No. 31,585.**

Action for personal injuries from automobile collision.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1926.  Affirmed. Opinion filed November 15, 1927.  Rehearing denied November 28, 1927.

Kirkland, Patterson & Fleming, for appellant; Weymouth Kirkland, Jay Fred Reeve and William H. Symmes, of counsel.  Wetten, Pegler & Dale, for appellee.

Mr. Justice Gridley delivered the opinion of the court.